IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE PEREZ,<br><br>vs.<br><br>GENA JONES, | Case No:23-cv-01489-AC<br><br>**O R D E R**<br>**APPOINTING COUNSEL** |

The court appointed the Federal Defender to represent petitioner for the limited purpose of reviewing petitioner's case and filing a motion to amend along with a proposed amended § 2254 petition in this case on November 3, 2023. The Federal Defender has determined that a panel attorney should be appointed. Meredith Fahn is appointed represent the above petitioner in this case effective *nunc pro tunc* to November 6, 2023.

This appointment shall remain in effect until the filing of an amended § 2254 petition.

DATED: November 6, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE