MEREDITH FAHN, State Bar No. 154467
1702-L Meridian Ave. #151
San Jose, CA  95125
Tel. (408)947-1512
fahn@sbcglobal.net
*Attorney for Petitioner, Eddie Perez*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE PEREZ,<br><br>                Petitioner,<br>v.<br><br>GENA JONES,<br><br>                Respondent. | No.  23-cv-01489-AC<br><br>**[PROPOSED] ORDER MODIFYING APPOINTMENT ORDERS** |

On motion of petitioner Eddie Perez, brought by and through his newly appointed counsel Meredith Fahn, the Court hereby modifies its appointment orders (ECF 9, 10) to include the filing of a first amended § 2254 petition once as of right on or before November 8, 2023.  Fed. Rules Civ. Proc. 15(a)(1)(A).  With that filing, counsel's limited appointment would not be concluded, but rather, would proceed as otherwise contemplated by the appointment orders, to include a motion for leave to amend and file a proposed *second* amended petition on or before May 2, 2024, unless counsel files a motion for extension of time before then.  As provided with the original appointment orders, the limited appointment will include filing of any motion to stay and abey unexhausted claims.

PROPOSED ORDER GRANTING ENLARGEMENT TO FILE A RULE 60(b) MOTION

1 | Expiration of the limited appointment shall occur upon filing of the second
2 | amended petition.

Dated: November 8, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE